FILED
MAY 31 2007
U.S. COURT OF FEDERAL CLAIMS

# In the United States Court of Federal Claims

| | | |
|---|---|---|
| CCS INDUSTRIAL SALES, INCORPORATED, | ) | |
| Plaintiff, | ) | |
| v. | ) | 07-337 C<br>No. 07- C<br>Judge |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Plaintiff, CCS Industrial Sales, Incorporated, hereby discloses that it is a closely-held woman-owned Louisiana Corporation whose stock is not publicly traded, that it has no parent Corporation, and that there is no publicly-held Corporation that owns ten percent or more of Plaintiff's stock.

Respectfully submitted,

Cyrus E. Phillips, IV

District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

May 31st, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
CCS Industrial Sales, Incorporated.