# In the United States Court of Federal Claims

No. 07-337 C
(Filed August 8, 2007)

* * * * * * * * * * * * * * * * * * * * * *
CCS INDUSTRIAL SALES, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On July 24, 2007, defendant filed an opposed Motion for Enlargement of Time of sixty days, to and including September 28, 2007, within which to respond to plaintiff's complaint. Defendant's motion clearly stated that plaintiff opposed the motion and would be filing an opposition.

On July 24, 2007, defendant's motion for an enlargement of time was mistakenly perceived as an unopposed motion and, therefore, the Clerk's office granted it, pursuant to RCFC 77.2(a), which states as follows.

> **(a) Clerk Authorization.** Any motion for enlargement of time to answer or respond to the complaint or for substitution of counsel may be acted upon by the clerk of the court if (1) the motion states that opposing counsel has no objection, (2) no opposition to the motion has been timely filed, or (3) opposing counsel files a consent.

Since defendant's motion is opposed, the Clerk's office shall strike its docket entry of July 24, 2007 within which it granted defendant's motion for an enlargement of time, filed that same day.

On July 25, 2007, plaintiff filed its opposition to defendant's first motion for an enlargement of time. Defendant has filed a reply to plaintiff's opposition on August 3, 2007. Defendant's motion for an enlargement of time is completely briefed and ripe for a decision which shall be forthcoming by the undersigned.

Accordingly, the Clerk's Office is directed to **STRIKE its docket entry of July 24, 2007** within which it granted Defendant's First Motion for an Enlargement of Time, docket no. 8.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE