IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CCS INDUSTRIAL SALES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-337C |
| | ) | (Judge Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 31 days, to and including October 29, 2007, within which to file its response to plaintiff's complaint. Defendant's response is currently due to be filed on September 28, 2007. This is defendant's second request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this request.

Subsequent to the telephonic conference with the Court and plaintiff's counsel, the Department of Veterans Affairs, Office of the Inspector General ("IG"), conducted a review of plaintiff's claims. The IG concluded its report on September 20, 2007, and found that a substantial portion of plaintiff's claims had merit. Accordingly, defendant's counsel contacted plaintiff's counsel to advise him of the IG's recommendation and initiate settlement discussions. Plaintiff's counsel is out of the country until September 27, 2007, but agreed to discuss settlement upon his return.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 31-day enlargement of time within which to file its response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

September 21, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 21st day of September, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando A. Rodriguez-Feo