# In the United States Court of Federal Claims

No. 07-337 C

(Filed September 24, 2007)

* * * * * * * * * * * * * * * * * * * * * *
CCS INDUSTRIAL SALES, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *

*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On September 21, 2007, defendant filed an unopposed Motion for Enlargement of Time of thirty-one days, to and including October 29, 2007, within which to respond to plaintiff's complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE