IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CCS INDUSTRIAL SALES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-337C |
| | ) | (Judge Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including November 28, 2007, within which to file its response to plaintiff's complaint. Defendant's response is currently due to be filed on October 29, 2007. This is defendant's third request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this request.

As stated in our last motion, the Department of Veterans Affairs, Office of the Inspector General, conducted a review of plaintiff's claims on September 20, 2007, which materially advanced the parties' pursuing settlement of the case. Defendant shared a copy of the report with plaintiff.

On October 15, 2007, defendant received plaintiff's response to the report with additional comments and information, which provides even more common ground with which the parties may continue to explore settling plaintiff's claims.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 30-day enlargement of time within which to file its response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

October 23, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 23rd day of October, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando A. Rodriguez-Feo