# In the United States Court of Federal Claims

No. 07-337 C

(Filed October 24, 2007)

* * * * * * * * * * * * * * * * * * * * * *
CCS INDUSTRIAL SALES, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *

*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On October 23, 2007, defendant filed an unopposed Motion for Enlargement of Time of thirty days, to and including November 28, 2007, within which to respond to plaintiff's complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE