IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CCS INDUSTRIAL SALES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-337C |
| | ) | (Judge Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including December 28, 2007, within which to file its response to plaintiff's complaint. Defendant's response is currently due to be filed on November 28, 2007. This is defendant's fourth request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this request.

As stated in our last motion, the parties agreed to explore settling the case, and have since negotiated a proposed settlement. Defendant will forward the proposal to the authorized representative of the United States Attorney General. See 28 C.F.R. Part 0, Subpart Y.

Additionally, Government counsel will be out of the office from November 21, 2007, through December 4, 2007.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 30-day enlargement of time within which to file its response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

November 19, 2007

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on this 19th day of November, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando A. Rodriguez-Feo