# In the United States Court of Federal Claims

No. 07-337 C

(Filed November 26, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * | |
| CCS INDUSTRIAL SALES, INC., | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

On November 16, 2007, defendant filed an unopposed Motion for Enlargement of Time of thirty days, to and including December 28, 2007, within which to respond to plaintiff's complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE