# In the United States Court of Federal Claims

No. 07-337 C

(Filed January 3, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * | |
| CCS INDUSTRIAL SALES, INC., | * |
| | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| *Defendant.* | * |
| * * * * * * * * * * * * * * * * * * * * * | |

## <u>ORDER</u>

On December 21, 2007, the parties filed a Joint Motion for a Stay of Proceedings and Remand. The parties request the court to issue a sixty day stay in the subject matter and remand the case to the agency contracting officer for a final decision on plaintiff's claims. The court concurs with the parties that this is an appropriate route in attempting to resolve plaintiff's claims.

For good cause shown, it is hereby **ORDERED** that the parties' Joint Motion for a Stay of Proceedings and Remand is **GRANTED**. The subject matter shall be **SUSPENDED** until further order of the court; and the parties are directed to **FILE** a **Joint Status Report**, on or before **March 7, 2008**, informing the court of the status of proceedings in the subject matter.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE