IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CCS INDUSTRIAL SALES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-337C |
| | ) | (Judge Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT FOLLOWING STAY AND REMAND

Pursuant to the Court's January 3, 2008 order, plaintiff, CCS Industrial Sales, Inc., and defendant, the United States, hereby submit this joint status report following the Court's stay of proceedings and remand to the agency.

On March 4, 2008, the contracting officer issued a decision on CCS's claim. Exhibit A.

Both CCS and the Government desire an additional 60-days, to and including May 6, 2008, to continue settlement negotiations and further propose that the Court allow the parties to file a joint status report recommending further proceedings in this matter by May 9, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Cyrus E. Phillips, IV
CYRUS E. PHILLIPS, IV
1828 L St., NW, Suite 660
Washington, D.C. 20036-5112
Tel: (202) 466-7008
Fax: (202) 466-7009

Attorney for Plaintiff

March 5, 2008

s/ Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 5th day of March, 2008, a copy of the foregoing "JOINT STATUS REPORT FOLLOWING STAY AND REMAND" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando A. Rodriguez-Feo