# In the United States Court of Federal Claims

No. 07-337 C

(Filed March 10, 2008)

* * * * * * * * * * * * * * * * * * * * * *
CCS INDUSTRIAL SALES, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *

*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On March 5, 2007, the parties filed a Joint Status Report Following Stay and Remand. The parties report that the contracting officer issued a decision on plaintiff's claim, on March 4, 2008. The parties request an additional sixty days, to and including May 9, 2008, to continue settlement negotiations and further propose that the court allow the parties to file a status report at the end of the sixty days recommending further proceedings in the subject matter.

For good cause shown, it is hereby **ORDERED** that the subject matter shall remain **SUSPENDED** until further order of the court; and the parties are directed to **FILE** a **Joint Status Report**, on or before **May 9, 2008**, informing the court of the status of proceedings in the subject matter.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE